OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 787



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

6/29/2015
HYMAN, DUSTIN JAMES    Tr. Ct. No. 1000430-A                    **WR-82,759-01**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

UTF
Perm/iA

DUSTIN JAMES HYMAN
GOREE UNIT - TDC # 1409696

U T F